IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANGELA KAY VALENTINE**                                                         **PLAINTIFF**

V.                                      No. 4:16CV00110 JM

**KOHL'S DEPARTMENT STORE**                                      **DEFENDANT**

### ORDER

The Court has been advised that this action has settled. Accordingly, Plaintiff's complaint is hereby dismissed with prejudice. The Clerk is directed to close the case. The Court will retain jurisdiction for thirty (30) days to allow the parties to complete the settlement terms and conditions.

IT IS SO ORDERED this 7th day of June, 2016.

_____
James M. Moody Jr.
United States District Judge